No. 11–6350.  TAKACS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–6352.  COX *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6358.  ADIONSER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6362.  FOY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–6368.  FOUNTAIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6369.  GONZALEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6370.  GRIFFIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–6371.  GOODMAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6374.  GUILLEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–6376.  HOPSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–6379.  VELASQUEZ *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–6389.  HERNANDEZ-HERRERA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6401.  GALINDO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6404.  HICKMAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6412.  COVER *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

